UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL HOLDEN, by and through his attorney-in-fact, Martha Miller, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No.: 4:23-CV-20-TAV-SKL |
| THE WATERS OF SHELBYVILLE, LLC, d/b/a THE WATERS OF SHELBYVILLE, | ) ) ) ) ) |
| Defendant. | ) |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Susan K. Lee on January 5, 2024 [Doc. 37]. In the R&R, Judge Lee recommends that defendant's Renewed Motion to Compel Arbitration and to Stay Proceedings [Doc. 31] be denied. Judge Lee also recommends that plaintiff's request for the Court to "direct the Parties to proceed with litigation in this Court" [Doc. 36, p. 4] be denied at this time. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Lee's recommendations. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 37]. Defendant's motion [Doc. 31] is **DENIED**, and plaintiff's request to

"direct the Parties to proceed with litigation in this Court" [Doc. 36, p. 4] is **DENIED** at this time.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE